IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | § § § § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 6:24-cv-00110-ADA |
| VANTIVA SA | § § § | |
| *Defendant.* | § § | |

## CASE READINESS STATUS REPORT

Plaintiff Atlas Global Technologies LLC ("Atlas"), and Defendant Vantiva SA ("Vantiva") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed, although the Parties expect to file a motion to enter an agreed Scheduling Order on or before October 4, 2024, consistent with the Court's Standing Order Governing Patent Cases v4.4 ("OGP"). OGP at 2.

A *Markman* date has not yet been set by the Court, but the Parties expect to propose a date for the *Markman* hearing in the forthcoming agreed Scheduling Order that is about twenty-three weeks after the September 20, 2024 Case Management Conference (or as soon as practicable), consistent with the Court's Standing Order Governing Patent Cases. OGP at 15.

A trial date has not yet been set by the Court, but the Parties expect to propose a date for the trial in the forthcoming agreed Scheduling Order that is about 52 weeks after the *Markman* hearing (or as soon as practicable), consistent with the Court's Standing Order Governing Patent Cases. OGP at 17.

1

## FILINGS AND EXTENSIONS

Atlas filed its initial Complaint on February 29, 2024. Dkt. No. 1. Atlas served Vantiva with that Complaint via the Hague Convention on June 24, 2025. Dkt. 19. On July 15, 2024, the Parties agreed that Vantiva would answer or otherwise respond to that initial Complaint no later than August 30, 2024. Dkt. No. 20.

## RESPONSES TO THE COMPLAINT

Vantiva answered the Complaint on August 30, 2024. Dkt. 21. Vantiva's Answer did not assert any counterclaims.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are currently no pending related cases in this Judicial District. However, this Court has previously presided over seven related cases involving one or more patents in common with the present case: (1) *Atlas Global Technologies LLC v. Sercomm Corporation*, Case No. 6:21-cv-00818; (2) *Atlas Global Technologies LLC v. ASUSTeK Computer, Inc.*, Case No. 6:21-cv-00820; (3) *Atlas Global Technologies LLC v. OnePlus Technology (Shenzhen) Co., Ltd.*, Case No. 6:21-cv-01217; (4) *Atlas Global Technologies LLC v. Zyxel Networks Corporation and Zyxel Communications Corporation*, Case No. 6:22-cv-00355; (5) *Atlas Global Technologies LLC v. D-Link Corp.*, Case No. 6:22-cv-00520; (6) *Atlas Global Technologies LLC v. HP Inc.*, Case No. 6:23-cv-00349; and (7) *Atlas Global Technologies LLC v. Dell Technologies Inc. and Dell Inc.*, Case No. 6:23-cv-00350.

## IPR, CBM, AND OTHER PGR FILINGS

Sercomm Corporation filed an IPR petition against one of the asserted patents, but it was denied. More specifically, IPR2022-01520 involving U.S. Patent No. 10,020,919 was filed on September 9, 2022 and docketed on October 19, 2022. The PTAB issued its decision denying institution of the IPR on April 11, 2023.

Zyxel filed an IPR petition against another of the asserted patents, but it was dismissed. More specifically, IPR2023-00863 involving U.S. Patent No. 9,531,520 was filed on April 18, 2023 and docketed on May 11, 2023. The PTAB dismissed the IPR on October 18, 2023.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted nine patents and a total of approximately 147 claims. The asserted patent(s) are U.S. Patent Nos. 9,531,520; 9,628,310; 9,641,234; 9,832,058; 9,848,442; 9,893,790; 10,020,919; 10,327,172; and 11,050,539. Plaintiff will serve its infringement contentions (with an exact identification of the number of asserted claims) no later than September 13, 2024 (*i.e.*, seven days before the case management conference is deemed to have occurred). OGP at 2.

## APPOINTMENT OF TECHNICAL ADVISOR

The Parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on September 4, 2024. At the time of filing, the Parties have no pre-*Markman* issues to raise at the CMC.

Dated: September 6, 2024

/s/ *Eric J. Enger*

  Max L. Tribble, Jr.
  Texas State Bar No. 20213950
  Joseph S. Grinstein
  Texas State Bar No. 24002188
  Alejandra C. Salinas
  Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Alexander W. Aiken
WA State Bar No. 55988
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
aaiken@susmangodfrey.com

Robert Greenfeld
NY State Bar No. 2824811
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Respectfully submitted,

/s/ *Li Chen*
**LUMENS LAW GROUP PLLC**

Li Chen
Texas Bar No. 24001142
Lumens Law Group PLLC
8501 N MacArthur Blvd #631009
Irving, TX 75063
Tel: 214-627-9950
Fax: 214-627-9940
lchen@LumensLawGroup.com

**MORRIS, MANNING & MARTIN, LLP**

Daniel Huynh [*pro hac vice* motion forthcoming]
Georgia Bar No. 987369
Rebecca Connolly [*pro hac vice* motion forthcoming]
Pennsylvania Bar No. 329023
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
Tel: (404) 233-7000
Fax: (404) 365-9532
dhuynh@mmmlaw.com
rconnolly@mmmlaw.com

***ATTORNEYS FOR DEFENDANT VANTIVA SA***

Facsimile: (212) 336-8340
rgreenfeld@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
609 Main St., Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

***ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC***

## CERTIFICATE OF SERVICE

    The undersigned certifies that on September 6, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                            */s/Eric J. Enger*
                                            Eric J. Enger